IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| EDWARD McCUSKER and | : | |
| JACQUELINE McCUSKER | : | NO. 09-771-1, 5 |

ORDER

AND NOW, this 20th day of December, 2012, upon consideration of the defendants' Motions for Judgment of Acquittal (Docket Nos. 256, 257, 258, 265), the government's brief in opposition, and the defendants' reply thereto, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the motion is DENIED in part and GRANTED in part. The motion is denied as to Counts 1-8, 10 and 15. It is granted as to Counts 9 and 11.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.